# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. ANDERSON, et al., | 1:07cv0361 AWI DLB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND REQUEST FOR ATTORNEYS FEES |
| v. | (Document 6) |
| WARD J. GILLETTE, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

Plaintiffs Bruce W. Anderson and Nelly Anderson ("Plaintiffs") filed the instant motion to remand on March 14, 2007. On April 6, 2007, the opposing parties filed a notice of non-opposition and the Court determined that the motion could be decided without a hearing pursuant to Local Rule 78-230(h).

Opposing parties do not oppose remanding the action back to state court, nor do they oppose Plaintiffs' request for attorneys fees for preparation of the motion in the amount of $450.00.

1  Therefore, pursuant to the parties' agreement, Plaintiffs' motion to remand is
2  GRANTED.  This case is hereby REMANDED to the Mariposa County Superior Court.
3  Plaintiffs' request for attorneys fees is also GRANTED in the amount of $450.00.  This amount
4  shall be paid to Plaintiffs' counsel within thirty (30) days of the date of service of this order.

   IT IS SO ORDERED.

   **Dated:    May 4, 2007**                    **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE